IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JON MILSAP, RICHARD MORROW, DAVID McCOLLUM, ROBERT LAGERSTROM, and PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION, INC., on behalf of themselves and all similarly situated individuals, | } |
| Plaintiffs, | } |
| v. | } CIVIL ACTION |
| NORMAN Y. MINETA, in his official capacity as Secretary of the United States Department of Transportation, | } NO. 04-2850-BV |
| Defendant. | } |

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY**

Before the Court is Plaintiffs' Motion for Leave to File A Reply to Defendant's Response Opposing Renewed Motion for Injunctive Relief. It appears that good cause exists to grant the motion. It further appears that Defendant does not oppose the motion. IT IS, THEREFORE, ORDERED that Plaintiffs may file their Reply as requested. IT IS SO ORDERED, this 21st day of April, 2005.

J. Daniel Breen
United States District Judge

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02850 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable J. Breen
US DISTRICT COURT