*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

05 SEP 21 PM 12:50

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JON MILSAP, et al.,

      Plaintiffs,

v.

NORMAN MINETA, Secretary of
the Department of Transportation,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2850-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting In Part Report And Recommendation, Dismissing As to Plaintiffs McCollum, Lagerstrom And Members Of The Professional Air Traffic Controllers Organization, Inc., Granting The Objections Of The Defendants As To The Remainder Of The Report And Recommendation, And Dismissing Case entered on September 20, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/21/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02850 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT